IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAMERON LEE WILLIAMS, # 790578,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION  22-0454-JB-MU |
| **MOBILE COUNTY CIRCUIT COURT,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for Plaintiff's failure to prosecute and to comply with the Court's order.

**DONE and ORDERED** this 22nd day of March, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE