IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAMERON LEE WILLIAMS, # 790578,** : | |
| **Plaintiff,** : | |
| vs. : | **CIVIL ACTION  22-0454-JB-MU** |
| **MOBILE COUNTY CIRCUIT COURT,** : | |
| **Defendant.** : | |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of March, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE